# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-3523
LT Case No. 2021-CF-002888-A

———————————————

RANDY B. MORGAN, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Matthew J. Metz, Public Defender, and Evan Altes, Assistant
Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Benjamin L. Hoffman,
Tallahassee, Assistant Attorney General, Tallahassee, for
Appellee.

December 18, 2025

PER CURIAM.

    AFFIRMED.

JAY, C.J., and LAMBERT and EDWARDS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____